UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.A., individually and on behalf of H.S., a student with disability,<br><br><div align="right">Plaintiffs,</div><br>-v-<br><br>The Board of Education of the City School District of the City of New York, the New York City Department of Education a/k/a New York City Public Schools, The City of New York, and Chancellor Melissa Aviles-Ramos, in her official capacity,<br><br><div align="center">Defendants.</div> | 25-CV-7529 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Upon consideration of plaintiffs' motion for a temporary restraining order and preliminary injunction, IT IS HEREBY ORDERED that:

1.  Defendants are ORDERED to file their memorandum in opposition to the motion by **September 22, 2025 at 12:00 p.m.**

2.  Plaintiffs shall file any reply by **September 23, 2025, at 5 p.m.**

3.  The parties shall appear before this Court for a hearing on the motion on **September 25, 2025 at 9:30 a.m.** in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

Plaintiffs' counsel is to serve this order on defendants' counsel forthwith, and file an affidavit of service on the docket of this case forthwith. The Court is separately emailing this order to plaintiffs' counsel at the email addresses that the Court has been furnished.

Dated: September 16, 2025
      New York, New York

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

2