UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.A., individually and on behalf of H.S., a student with disability,

                              Plaintiffs,

        -v-

The Board of Education of the City School District of the City of New York, the New York City Department of Education a/k/a New York City Public Schools, The City of New York, and Chancellor Melissa Aviles-Ramos, in her official capacity

                              Defendants.

25-CV-7529 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Based on defendants' request, with plaintiffs' consent, to reschedule the hearing previously scheduled for Thursday, September 25, 2025 at 9:30 a.m., IT IS HEREBY ORDERED that:

The hearing will be held on September 25, 2025 at 12:00 p.m. in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

Dated: September 18, 2025
       New York, New York

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

1