UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.A., individually and on behalf of H.S., a student with disability,

Plaintiffs,

-v-

The Board of Education of the City School District of the City of New York, the New York City Department of Education a/k/a New York City Public Schools, The City of New York, and Chancellor Melissa Aviles-Ramos, in her official capacity

Defendants.

---

25 Civ. 7529 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Upon consideration of plaintiffs' motion for a temporary restraining order and preliminary injunction, IT IS HEREBY ORDERED that:

1. Defendants are ORDERED forthwith to make payment in full, or provide payment authorization in full, to Shrub Oak for tuition payments covering July to September 2025, totaling $87,208.51, and in all events to do so by **September 30, 2025**, and immediately upon providing that payment or authorization to Shrub Oak to certify in a filing on the docket of this case that it has done so;

2. Defendants shall file on the docket of this case an update on the status of any on-going state administrative proceedings by **October 27, 2025**, or upon receipt of any decision of a state administrative proceeding, whichever comes first.

1

Dated: September 25, 2025
      New York, New York

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

2