

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric B. Hiatt**
Phone: (212) 356-1958
Fax: (212) 356-1148
erihiatt@law.nyc.gov

September 30, 2025

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *M.A., et al.  v. New York City Department of Education, et al.*, No. 25-cv-7529 (PAE)

Dear Judge Engelmayer:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.  I write pursuant to the Court's Order (ECF No. 20) instructing Defendants to update the Court on the status of Defendants' $87,208.51[1] tuition payment to Shrub Oak International School ("Shrub Oak") and certify that either full payment or full payment authorization has been provided by September 30, 2025.

  I have confirmed with Defendant the New York City Department of Education ("DOE") that payment of the full $87,207.51 to Shrub Oak was vouchered and processed on September 26, 2025.  DOE anticipates that Shrub Oak should receive the tuition payment within the next week. I have also advised Plaintiffs' counsel regarding the status of the Shrub Oak tuition payment.

---

[1] While ECF No. 20 references $87,208.51 in tuition, the total invoiced amount is $87,207.51.

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/_____

Eric B. Hiatt
Assistant Corporation Counsel

cc: All counsel of record (VIA ECF)