

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Eric B. Hiatt
Phone: (212) 356-1958
Fax: (212) 356-1148
erihiatt@law.nyc.gov

October 16, 2025

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *M.A., et al. v. New York City Department of Education, et al.*, No. 25-cv-7529 (PAE)

Dear Judge Engelmayer:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action, which involves claims under the Individuals With Disabilities Education Act. I write pursuant to the Court's September 25, 2025 Order (ECF No. 20) directing Defendants to update the Court upon receipt of any decision in the administrative proceedings relating to Plaintiffs' claims in this action.

## SRO DECISION

  On October 14, 2025, State Review Officer Justyn Bates circulated Decision No. 25-530 (the "SRO Decision"), reversing the interim decision of Impartial Hearing Officer Leah Martin and holding that the Shrub Oak International Academy is the pendency placement for Plaintiff H.S. while further administrative proceedings related to the 2024-25 school year move forward. Defendant New York City Department of Education ("NYCDOE") is currently reviewing the SRO Decision and has not yet determined whether it intends to file an appeal. Defendants will promptly update the Court should NYCDOE decide to appeal the SRO Decision.

## POTENTIAL ALTERNATE PLACEMENT FOR H.S.

  Since the parties appeared before Your Honor on September 25, 2025, NYCDOE has identified two New York State-approved non-public schools for Plaintiff H.S. The parties met and conferred on October 14, 2025, to explore the logistics of scheduling interviews for H.S. at the Heartshare School and Birch Family Services - Phyllis L. Susser School for Exceptional Children.

2

      Defendants anticipate that both interviews will be completed within the next month, and respectfully propose that Defendants provide the Court with another status update in 30 days (on November 13, 2025).

      Thank you for your consideration of the foregoing.

                                                                               Respectfully submitted,

                                                                               /s/_____
                                                                               Eric B. Hiatt
                                                                               Assistant Corporation Counsel

cc: All counsel of record (VIA ECF)